## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA TARDIFF, ) | |
| Plaintiff, ) | C.A. No. 23-cv-40115-MRG |
| ) | |
| v. ) | |
| ) | |
| LABORERS INTERNATIONAL UNION OF ) | |
| NORTH AMERICA LOCAL UNION 609, ) | |
| CHRISTOPHER MURPHY, and WENDALL ) | |
| GARDNER, ) | |
| Defendants ) | |
| ) | |

## WITHDRAWAL OF APPEARANCE

Pursuant to L.R. 83.5.2(c), I hereby withdraw my appearance as counsel to all Defendants in this matter. Successor counsel has already appeared in this matter, and there are no pending matters before the Court.

Respectfully submitted,

/s/ Jocelyn B. Jones
Jocelyn B. Jones, Esq. BBO# 640958
SEGAL ROITMAN, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02111
(617) 603-1432
Dated: September 23, 2024                jjones@segalroitman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on September 23, 2024.

/s/ Jocelyn B. Jones
Jocelyn B. Jones